## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIAWSA

**In RE:**

Lynette M. Alexander (AKA Lynette Marie Alexander)
Raun H. Alexander (AKA Raun Herbert Alexander)

**Claim Number:** 1
**Case Number:** 22-10053-TPA-13

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM:                                TO:



**PAYMENT ADDRESS**

FROM:                                TO:

BMO Harris Bank N.A.                 BMO Bank N.A.

PO Box 2035                          P. O. Box 6150

Milwaukee, WI 53201-2035             Carol Stream, IL  60197


/s/ Filer *Sarah McMahon*

Date:  10/27/23

Authorized Agent for Creditor BMO Bank N.A.