### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy Case No. 22-10053-JCM |
| | : | Chapter 13 |
| **Raun H. Alexander** | : | |
| **Lynette M. Alexander** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Flagstar Bank, FSB** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **Raun H. Alexander** | : | |
| **Lynette M. Alexander** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Flagstar Bank, FSB.** *at Claim No. 6* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $549.15 effective 12/1/2023.

Dated:  November 2, 2023

By    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com