IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 22-10053 JCM** |
| **Raun H Alexander** | : | |
| **Lynette M Alexander** | : | |
| Debtors | : | |
| | : | |
| **Raun H Alexander** | : | Chapter 13 |
| Movant | : | |
| v. | : | |
| | : | Document No._____ |
| **RIDG-U-RACK INC.** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on March 20, 2024, I served, or caused to be served, the Modified Order Terminating Wage Attachment, and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**RIDG-U-RACK INC.**
**Attn. Payroll Department**
**PO Box 150**
**North East PA 16428-0150**
(Via US Mail)

EXECUTED ON: March 20, 2024

                                           By: /s/ Rebeka A. Seelinger
                                               Rebeka A. Seelinger, Esquire
                                               SEELINGER LAW
                                               Attorney for Debtor
                                               PA ID #93897
                                               4640 Wolf Road
                                               Erie, PA 16505

(814) 824-6670
rebeka@seelingerlaw.com