IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 22-10053 JCM** |
| | : | |
| **Raun H Alexander** | : | |
| **Lynette M Alexander** | : | |
| Debtors | : | |
| | : | |
| | : | |
| | : | |
| **Raun H Alexander** | : | Chapter 13 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | Document No. 38 |
| **RIDG-U-RACK INC.** | : | |
| Respondent | : | |

### ORDER TERMINATING WAGE ATTACHMENT

NOW, this ___20th___ day of _____March_____, 2024, upon consideration of Movant, Raun H Alexander's Motion to Terminate Wage Attachment, it is

ORDERED that the Motion is GRANTED. The Wage Attachment heretofore issued against RIDG-U-RACK INC. is terminated.

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court


SIGNED
3/20/24 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10053-JCM |
| Raun H. Alexander | Chapter 13 |
| Lynette M. Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raun H. Alexander, 11350 W. Pleasant Street, Corry, PA 16407-8808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Raun H. Alexander rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Lynette M. Alexander rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Mar 20, 2024 | Form ID: pdf900 | Total Noticed: 1
TOTAL: 5