**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy Case No. 22-10053-JCM** |
| | : | **Chapter 13** |
| **Raun H. Alexander** | : | |
| **Lynette M. Alexander** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Nationstar Mortgage LLC** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **Raun H. Alexander** | : | |
| **Lynette M. Alexander** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

<u>**DECLARATION**</u>

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by

**Nationstar Mortgage LLC** *at Claim No. 6* in the above-captioned bankruptcy case, I certify

that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely

$560.13, effective 12/1/2025.

Dated:  November 3, 2025

By    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com