**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 22-10053-JCM** |
| | : | **Chapter 13** |
| **Raun H. Alexander** | : | |
| **Lynette M. Alexander** | : | |
| ***Debtors*** | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Rocket Mortgage LLC s/b/m Nationstar** | : | |
| ***Movant*** | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **Raun H. Alexander** | : | |
| **Lynette M. Alexander** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| ***Respondents*** | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Rocket Mortgage LLC s/b/m Nationstar Mortgage at *Claim No. 6*** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $576.64 effective 11/1/2026.

Dated: October 7, 2026

By /s/ Rebeka A. Seelinger

Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com
Attorney for Debtors